```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NATARAJAN VENKATARAM, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 09-6520 (JBS/AMD) |
| v. | |
| OFFICE OF INFORMATION POLICY & JANICE GALLI MCLEOD, | **ORDER** |
| Defendants. | |

    This matter having come before the Court upon Defendants' motion to dismiss or, as appropriate, grant Defendants summary judgment [Docket Item 11]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this ____**25th**____ day of **May, 2011** hereby

    ORDERED that Defendants' motion is **GRANTED IN PART** such that the Complaint will be dismissed in its entirety as against Defendant McLeod, and Defendants will be granted summary judgment as to Plaintiff's request for records outside the scope of his January 2009 FOIA letter, and the motion is otherwise **DENIED** as to Defendant Office of Information Policy; and it is further

    ORDERED that Defendant Office of Information Policy shall **SHOW CAUSE** in a written submission to the Court no later than **June 17, 2011** why the remaining matter, specifically Plaintiff's original exhausted FOIA request, should not be remanded to the

Department of Justice for further determinations in light of this Opinion.  Plaintiff may respond to Defendant's submission no later than July 7, 2011.


                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge